# EXHIBIT "B"

| ATTORNEY OR PARTY WITHOUT (Name, State Bar Number, and address):<br>Soheil Bahari, Esq. (297162)<br>Lyfe Law, LLP<br>864 S Robertson Blvd., 3rd Floor, Los Angeles. CA 90035<br><br>Telephone No.: 888-203-1422    Fax No. (Optional): 888-203-1424<br>ATTORNEY FOR (Name): Vazhon Demar Durant Sr.    Bar No.: 297162 | COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**<br>STREET ADDRESS 14455 Civic Drive<br>MAILING ADDRESS<br>CITY AND ZIP CODE Victorville 92392<br>BRANCH NAME Victorville District | |
| PLAINTIFF(S)/PETITIONER(S):<br>     Vazhon Demar Durant Sr. | *CLERK'S USE ONLY* |
| DEFENDANT(S)/RESPONDENT(S):<br>     Lowe's Companies, Inc. | |
| **AMENDMENT TO COMPLAINT** | CASE NUMBER:<br>CIVSB2406731 |

**FICTITIOUS NAME** (No order required)

Upon filing the complaint herein, plaintiff(s) being ignorant of the true name of a defendant, and having designated said defendant in the complaint by the fictitious name of:  DOE 1
_____

and having discovered the true name of the said defendant to be:
                                    Lowe's Home Centers, LLC
_____

hereby amends the complaint by inserting such true name in place and stead of such fictitious name wherever it appears in said complaint.

05/09/2024                                                    *[signature: Soheil Bahari]*
_____                    _____
          *Date*                                                                    *Declarant's Signature*

**INCORRECT NAME** (Order required)
Plaintiff(s) having designated a defendant in the complaint by the incorrect name of :
_____

and having discovered the true name of the said defendant to be:
_____

hereby amends the complaint by inserting such true name in place and stead of such fictitious name wherever it appears in said complaint.

_____                    _____
          *Date*                                                                    *Declarant's Signature*

**ORDER**
Proper cause appearing, the above amendment to the complaint is allowed

Dated _____           _____
                                                                                        *Judge/Commissioner*

AMENDMENT TO COMPLAINT

SB-16778,
Rev. 04-2014 **Optional**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 864 S. Robertson Blvd., 3rd Floor, Los Angeles, CA 90035

On May 9, 2024, I served the foregoing documents described as:
**AMENDMENT TO COMPLAINT**

|   |   |
|---|---|
|   | BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States Mail at Los Angeles, California. |
|   | BY MAIL - CALIFORNIA ONLY: I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. This document will be deposited with the United States Postal Service on the same day as the execution of this document in the ordinary course of business. This document was sealed and placed for collection and mailing on the same day as the execution of this document at the address given for deposit in the United States Postal Service and following ordinary business practices. |
|   | BY PERSONAL SERVICE: By having a true copy thereof personally delivered to the person(s) at the address(es) e as set forth below as |
| X | BY ELECTRONIC MAIL (E-MAIL): By electronically mailing an Adobe .pdf version from e-mail address WilliamG@lyfe.com via Lyfe Law, LLP's electronic mail system to the person(s) at the e-mail address(es) as set forth below. |
|   | BY FACSIMILE: By sending a copy from facsimile number (888) 203-1424 to the person(s) at the facsimile number(s) as set forth below. |

I served above referenced document on:

Andrea Breuer, Esq.
THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, CA 91403
Tel (818) 205-9955 ext. 212
Email: abruer@tharpe-howell.com
sforman@tharpe-howell.com
aeivazian@tharpe-howell.com

*Attorneys for Defendants*

*Lowe's Home Centers, LLC (erroneously sued as Lowe's Companies)*

Executed on May 9, 2024, at Los Angeles, California.

I declare, under penalty of perjury, under the laws of the State of California, that the above is true and correct.

_____

William Graves