# EXHIBIT "D"

| Attorney or Party without Attorney:<br>Soheil Bahari, Esq. (SBN 297162)<br>LYFE LAW, LLP<br>864 S Robertson Blvd., 3rd Floor<br>Los Angeles, CA 90035<br>Telephone No: 888-203-1422<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>21167 | For Court Use Only<br><br>ELECTRONICALLY FILED (Auto)<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>4/16/2024 5:54 PM |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN BERNARDINO

Plaintiff: VAZHON DEMAR DURANT SR., an individual
Defendant: LOWE'S COMPANIES, INC., a North Carolina Corporation

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CIVSB2406731 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons and Complaint; Civil Case Cover Sheet; Certificate of Assignment; Notice of Trial Setting Conference and Notice of Case Assignment; Plaintiff's Statement Of Damages

3. a. Party served: LOWE'S COMPANIES, INC., a North Carolina Corporation
   b. Person served: Lily Frazier, Authorized to Accept Service for Corporation Service Company, Agent for Service of Process

4. Address where the party was served: 2626 Gendwood Avenue Suite 550, Raleigh, NC 27608

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): Wed, Apr 03 2024 (2) at (time): 03:23 PM
   (1) [X] (business)
   (2) [ ] (home)
   (3) [ ] (other):

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of (specify):
   c. [ ] as occupant.
   d. [X] On behalf of (specify): LOWE'S COMPANIES, INC., a North Carolina Corporation
      under the following Code of Civil Procedure section:
      [X] 416.10 (corporation)              [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)            [ ] 415.46 (occupant)
      [ ] other:



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

10794294
(5677160)
Page 1 of 2

| | |
|---|---|
| Plaintiff: VAZHON DEMAR DURANT SR., an individual | Case Number: |
| Defendant: LOWE'S COMPANIES, INC., a North Carolina Corporation | CIVSB2406731 |

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
   a. Name: Jennifer Adams
   b. Address: **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. Telephone number: (213) 250-1111
   d. **The fee** for service was: $309.25
   e. I am:
      (1) [X] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner  [ ] employee  [ ] independent contractor
         (ii) Registration No:
         (iii) County:

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

4/9/2024
(Date)


Jennifer Adams

| | | |
|---|---|---|
| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF<br>SERVICE<br>SUMMONS | 10794294<br>(5677160)<br>Page 2 of 2 |