# EXHIBIT "E"

SOHEIL BAHARI, ESQ. (BAR NO. 297162)
WILLIAM GRAVES, ESQ. (BAR NO. 347534)
**LYFE LAW, LLP**
864 S. Robertson Blvd., 3rd Floor
Los Angeles, California 90035
Telephone: (888) 203-1422
Facsimile: (888) 203-1424
Email: SoheilB@Lyfe.com
Email: WilliamG@Lyfe.com

Attorneys for Plaintiff VAZHON DEMAR DURANT SR.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| VAZHON DEMAR DURANT SR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LOWE'S COMPANIES, INC., a North Carolina Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: CIVSB2406731<br><br>Assigned to Hon. Carlos Cabrera, Dept. S24<br><br>**PLAINTIFF'S STATEMENT OF DAMAGES** |

**TO THE DEFENDANTS AND TO THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN to the Defendants herein, and through their attorneys of record, that Plaintiff VAZHON DEMAR DURANT SR., claims the following special and general damages:

1. **SPECIAL DAMAGES:**   $100,000.00
2. **GENERAL DAMAGES:**   $300,000.00

DATED: April 3, 2024

**LYFE LAW, LLP**

By: _____
SOHEIL BAHARI
WILLIAM GRAVES
Attorneys for Plaintiff
VAZHON DEMAR DURANT SR.